**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAUL MORAN, | ) Case No.: 1:21-cv-0245 JLT |
| Plaintiff, | ) ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME |
| v. | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) (Doc. 13) |
| Defendant. | ) |

On October 25, 2021, Plaintiff filed a stipulation of the parties for Plaintiff to have an extension of 45 days to file a motion for summary judgment. (Doc. 13.) Plaintiff's counsel reports the extension is necessary due to an increased workload, as well as a "preplanned vacation for the Thanksgiving holidays." (*Id.* at 1-2.) Notably, this is the first request for an extension and it does not appear either party will suffer prejudice from the delay. Accordingly, the Court **ORDERS**:

1. The request for an extension of time (Doc. 13) is **GRANTED**; and
2. Plaintiff **SHALL** file a motion for summary judgment no later than **December 16, 2021**.

IT IS SO ORDERED.

Dated: __October 25, 2021__                    _____ /s/ Jennifer L. Thurston
                                               CHIEF UNITED STATES MAGISTRATE JUDGE