| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | PETER K. THOMPSON HIBN 5890 |
| | Acting Regional Chief Counsel |
| 3 | KRYSTLE S. MCMULLAN, DCBN 242319 |
| | Special Assistant United States Attorney |
| 4 |     Social Security Administration |
| |     160 Spear Street, Suite 800 |
| 5 |     San Francisco, CA 94105 |
| |     Telephone: (510) 970-4839 |
| 6 |     Facsimile: (415) 744-0134 |

7  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| RAUL MORAN, | Case No. 1:21-cv-00245-JLT (SKO) |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | (Doc. 19) |
| Defendant. | |

    The parties stipulate, subject to the approval of the Court, that this action shall be remanded to the Commissioner of Social Security pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four. Upon remand, the Appeals Council will instruct the Administrative Law Judge to perform a *de novo* review of the evidence and reevaluate the medical opinions and prior administrative medical findings pursuant to 20 C.F.R. § 20 C.F.R. 404.1520c(c)(1)–(c)(2).

    The parties further stipulate that the clerk shall enter judgment in favor of Plaintiff and against Defendant.

                                                           Respectfully submitted,

DATE: January 31, 2022                */s/Dolly M. Trompeter*

1 | DOLLY M. TROMPETER
2 | Peña & Bromberg, PC
3 | Attorney for Plaintiff
  | (*Authorized via email)

4 | PHILLIP A. TALBERT
5 | United States Attorney

6 | DATE: January 31, 2022      /s/ *Krystle S. McMullan*
                                KRYSTLE S. MCMULLAN
7 | Special Assistant United States Attorney
    Social Security Administration

**ORDER**

Based upon the parties' foregoing Stipulation and Order to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation to Remand") (Doc. 19), and for cause shown, IT IS HEREBY ORDERED that the above-captioned action is remanded to the Acting Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of Court is hereby DIRECTED to: (1) enter judgment in favor of Plaintiff Raul Moran and against Defendant Kilolo Kijakazi, Acting Commissioner of Social Security; and (2) administratively close this file.

IT IS SO ORDERED.

Dated:   **February 1, 2022**           /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE